1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF WESCO DISTRIBUTION, INC., a corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>BOBRICK ELECTRIC, INC., et al.,<br><br>            Defendants.<br>_____/ | **1:07-cv-00482 OWW DLB**<br><br>**ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENTS (L.R. 5-133)**<br><br>**Date:  October 22, 2007**<br>**Time: 10:00 a.m.**<br>**Courtroom:   Three (3)** |

TO ARTHUR A. PARK:

On January 3, 2005, this court became an electronic filing district, requiring all attorneys to register for the court's electronic filing system (CM/ECF), and except where excused by the court or by Local Rule, to file all documents electronically.  You were given written notice on August 6, 2007, directing you to register for CM/ECF.  To date, you have failed to register.

YOU ARE HEREBY ORDERED TO APPEAR BEFORE THIS COURT ON October, 2007, AT .M. IN COURTROOM THREE (3), BEFORE U.S.

-1-

DISTRICT JUDGE OLIVER W. WANGER, TO SHOW CAUSE why sanctions should not be imposed for your failure to comply with the court's electronic filing requirements and your failure to respond to the court's prior notice.  Any response to this notice shall be filed at least seven days prior to the hearing.

IT IS SO ORDERED.

**Dated:   September 15, 2007**              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE