Martin D. Koczanowicz (SBN 128290)
Larry A. Donaldson (SBN 65658)
KOCZANOWICZ & DONALDSON
49774 Road 426, Suite B
Oakhurst, California 93644
Telephone:  (559) 683-7909
Facsimile:  (559) 684-8574
mdk@yosemitelaw.com

Attorneys for Defendant,
BORICK ELECTRIC, INC., a corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF WESCO DISTRIBUTION, INC., a corporation; WESCO DISTRIBUTION, INC., a corporation, | No.  1:07-CV-00482-OWW-DLB |
| Plaintiffs, | CROSS-CLAIMANTS T.E. SERVICES  CORPORATION AND BORICK ELECTRIC, INC.' STIPULATION, ORDER, AND NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |
| vs. | |
| BORICK ELECTRIC, INC., a corporation; T. E. SERVICES CORPORATION; INTERNATIONAL FIDELITY INSURANCE COMPANY, a surety, | |
| Defendants. | |
| AND RELATED CROSS-CLAIM | |

1

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Defendants/Cross-Claimants, T.E. SERVICES CORPORATION and BORICK ELECTRIC, INC. through their attorneys of record hereby stipulate and notify the Court and all parties that their respective Cross-Claims are hereby dismissed without prejudice.

Dated: January 14, 2008          GORDON HOLLINGSWORTH


                                 By /s/  Gordon Hollingsworth_____
                                    Gordon Hollingsworth
                                    Attorneys for Defendant and Cross-
                                    Claimant T. E. Services Corporation

Dated: January 14, 2008

                                 KOCZANOWICZ & DONALDSON


                                 By /s/  Martin D. Koczanowicz_____
                                    Martin D. Koczanowicz
                                    Attorneys for Defendant and Cross-
                                    Claimant Borick Electric, Inc.

**IS SO ORDERED.**


Dated: January 17, 2008          _/s/ Oliver W. Wanger_____
                                 UNITED STATES DISTRICT JUDGE

2
_____
Voluntary Dismissal Without Prejudice

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Voluntary Dismissal Without Prejudice

PDF created with pdfFactory trial version www.pdffactory.com