JAMES W. POINDEXTER, SBN 95966
POINDEXTER & DOUTRÉ, INC.
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 398-5811
Facsimile: (415) 398-5808
Email: jpoindexter@pdlawyers.com

JEFFREY A. KENT, SBN 71468
POINDEXTER & DOUTRÉ, INC.
624 S. Grand Avenue, Suite 2420
Los Angeles, California 90017-3325

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF WESCO DISTRIBUTION, INC., a corporation; WESCO DISTRIBUTION, INC., a corporation,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>BORICK ELECTRIC, INC., a corporation; T. E. SERVICES CORPORATION; INTERNATIONAL FIDELITY INSURANCE COMPANY, a surety,<br><br>　　　　　　　　　　Defendants. | No. 1:07-CV-00482-OWW-DLB<br><br>**STIPULATION AND ORDER DISMISSING COMPLAINT OF USE PLAINTIFF AND PLAINTIFF, WESCO DISTRIBUTION INC.** |

　　　　The parties, through their respective attorneys, stipulate and agree that, pursuant to that certain Settlement Agreement resolving the claims of Use Plaintiff and Plaintiff Wesco Distribution, Inc. ("plaintiff"), plaintiff's complaint is hereby dismissed with prejudice. This Stipulation and Order shall

1

PDF created with pdfFactory trial version www.pdffactory.com

not affect any cross-claims filed by defendants.

**POINDEXTER & DOUTRÉ, INC.**

Dated: _____   By: _____
                                                   James W. Poindexter
                                                   Attorneys for Plaintiff
                                                   Wesco Distribution, Inc.

Dated: _____   **GORDON HOLLINGSWORTH**

                                      By _____
                                                 Gordon Hollingsworth
                                                 Attorneys for Defendant and Cross-
                                                 Claimant T. E. Services Corporation

Dated: _____   **SOLAN PARK LLP**

                                      By _____
                                                 Arthur A. Park
                                               Attorneys for Defendant
                                               International Fidelity Insurance
                                               Company

Dated: _____   **KOCZANOWICZ & DONALDSON**

                                      By _____
                                               Martin D. Koczanowicz
                                               Attorneys for Borick Electric, Inc.

**IT IS SO ORDERED.**

Dated:   February 7, 2008   /s/ OLIVER W. WANGER
                                        UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com